⊕AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

FILED
In Open Court
USDC, Mass.
Date 4/2/04
By [signature]
Deputy Clerk 3:30 pm

APPEARANCE

Case Number: 04-1069-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Luis Castro

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4-21-04 | [signature] |
| Date | Signature |
| | Stephen D Judge    563390 |
| | Print Name    Bar Number |
| | 23 Central Ave |
| | Address |
| | Lynn    MA    01901 |
| | City    State    Zip Code |
| | 781 599 9520    781 599 6966 |
| | Phone Number    Fax Number |