AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Luis Castro

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04m-1069-JGD

I, _____Luis Castro_____, charged in a ☒ complaint ☐ petition

pending in this District _____of Massachusetts_____

in violation of _____21_____, U.S.C., _____841(a)(1), 846_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____5-18-04_____
Date

_____/s/ Luis Castro_____
Defendant

_____/s/ Counsel_____
Counsel for Defendant